# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-10-00717-CR

**Michael Rousseau Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. D-1-DC-10-203278, HONORABLE CHARLES F. BAIRD, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Michael Rousseau Jr. pled guilty to possession of cocaine as a habitual offender.  The trial court has certified that appellant waived his right to appeal.  *See* Tex. R. App. P. 25.2(a)(2).  We therefore dismiss the appeal.  Tex. R. App. P. 25.2(d) (if trial court does not certify that defendant has right to appeal, "appeal must be dismissed").

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed

Filed:   January 25, 2011

Do Not Publish